IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                            18-CR-105-V

LAWRENCE RUSSELL,

                       Defendant.

## NOTICE OF APPEARANCE

**TO:**    Clerk of the United States District Court
           for the Western District of New York

You are hereby requested to remove **Timothy C. Lynch**, Assistant United States Attorney for the Western District of New York, as counsel for the United States on the above-entitled action.

DATED:   Buffalo, New York, September 30, 2019.

                                       JAMES P. KENNEDY, JR.
                                       United States Attorney

                     BY:    s/TIMOTHY C. LYNCH
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              138 Delaware Avenue
                              Buffalo, New York   14202
                              716-843-5846
                              Timothy.Lynch@usdoj.gov