IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

LAWRENCE RUSSELL,

                Petitioner,                    19-CV-1127-V
                                                      18-CR-105-V
        v.                                             17-CR-40-V

UNITED STATES OF AMERICA,

                Defendant.

_____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2019, I mailed a copy of the **GOVERNMENT'S MOTION TO COMPEL** that was electronically filed on October 11, 2019, to the following participant:

      Lawrence Russell
      Butner Medium
      27413-055 Federal Correctional Institution
      Inmate Mail/Parcels
      P.O. BOX 1500
      Butner, NC 27509

                                                    s/LISA M. QUEST