7-21-2020

Lawrence M. Russell JR
#27413-055 / LC-90U
Case # 17-CR40-V
      # 18-CR-105-V
Federal Correctional Inst.
Butner - Medium II
Post Office Box 1500
Butner, North Carolina 27509-1500

UNITED STATES DISTRICT COURT FILED JUL 28 2020 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

Lawrence M. Russell JR,
                  Petitioner,

        -v-                          17-CR40-V
                                     18-CR-105-V

United States of America,
                  Respondent.


MONTION OF EXTENSION OF TIME TO FILE BRIEF


Lawrence M. Russell JR Petitioner in the action captioned above moves courts for an extension of time in which to file its brief from 8/5/2020 to 11/4/2020.
   Do to the Covid-19 pandemic we here at Butner Medium II are still under a intense modified lockdown. So I'm limited in time I have to use and resources to file this reply/closing argument by the deadline ordered by your honor of 8/5/2020. I just recieved ~~xxxx~~ the government's response on 7/20/2020, and this extension would be

GREATLY APPRECIATE IT.

THIS BRIEF FOR LAWRENCE M. RUSSELL JR HAS BEEN SCHEDULED TO BE FILED WITH THIS COURT BY 8/5/2020

THE REQUESTED EXTENSION IS BRIEF, AND NO OTHER PARTY WILL SUFFER HARDSHIP OR BE UNDULY INCONVENIENCED BY THE SHORT EXTENSION REQUESTED. NO PRIOR EXTENTION HAS BEEN REQUESTED, AND NO FUTHER REQUEST FOR ANY EXTENTION OF TIME WILL BE SOUGHT.

THIS MOTION HAS BEEN REQUESTED AT THE EARLEST POSSIBLE OPPORTUNITY. FOR THE REASONS STATED LAWRENCE M. RUSSELL JR REQUEST THAT THIS MOTION BE GRANTED.

( 90 DAYS )                                              7/21/2020

THANK YOU,
LAWRENCE M. RUSSELL JR
# 27413-055

Name: LAWRENCE M. RUSSELL  Number: 27413-055

Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

17-CR-40
18-CR-105

ATT: HONORABLE JUDGE
LAWRENCE J. VILARDO
UNITED STATES DISTRICT COURTHOUSE
BUFFALO NY. 14202-3350