

Lawrence M. Russell Jr 27413-055
FCI Butner Medium II
P.O. Box 1500
Butner, NC 27509-1500


Mary C. Loewenguth – Clerk of Court
United States Courthouse
2 Niagara Square
Buffalo New York 14202


February 7, 2021
Case Number: 17-Cr-40 and 18-Cr-105

    I writing today just to receive a status update on my 2255 (Reply to the Government) Motion to Vacate, Set Aside or Correct the Sentence.
    That was filed with the Courts on November 3, 2020.

Thank you,
Lawrence M. Russell Jr 27413-055

LAWRENCE M. RUSSELL    27413-055

Name:                    Number:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

UNITED STATES COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202