UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



FILED JUL 12 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

| | |
|---|---|
| Lawrence M. Russell,<br>    Petitioner<br><br>v.<br><br>United States of America,<br>    Respondent | Case No:  19-CV-1126<br>               19-CV-1127<br>               17-CR-40<br>               18-CR-105 |

### PETITIONER'S REQUEST TO DISMISS

Now comes, Lawrence Russell, Petitioner acting Pro-se to request the Honorable Court's permission to Dismiss his §2255.

The Petitioner wishes to withdraw his §2255 Motion, at this time. Petitioner understands the results of this Honorable Court honors his request to withdraw his motion. Such a withdrawal would bar Petitioner from seeking any relief, unless there is a change in the law or ne Supreme Court ruling.

### CONCLUSION

Wherefore. Petitioner respectfully asks this Honorable Court to allow him to withdraw his 2255 motion, and dismiss this action.

Date: 7-6-21

Respectfully Submitted,

/S/ _____ JR
Lawrence Russell, Pro-se
FCI 2   #27413-055
P.O. Box 1500
Butner, NC 27509

Name: LAWRENCE M. RUSSELL 27413-055
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

Number:

USDC - WDNY
JUL 12 2021
BUFFALO

RALEIGH NC 275
Research Triangle Region
7 JUL 2021 PM 3 L

CLERK OF THE DISTRICT COURT
ROBERT H. JACKSON COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202

19-CV-1126
+
1127

17-CR-40
18-CR-105

14202-335099